## ADAMS v. BROOKS

No. 244P85.

Case below: 73 N.C. App. 624.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 June 1985.

## ASHLEY v. CONE MILLS CORP.

No. 146P85.

Case below: 72 N.C. App. 536.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## BANDY v. CITY OF CHARLOTTE

No. 128P85.

Case below: 72 N.C. App. 604.

Petition by defendant (City of Charlotte) for discretionary review under G.S. 7A-31 denied 7 May 1985.

## BELASCO v. NATIONWIDE MUTUAL INS. CO.

No. 188P85.

Case below: 73 N.C. App. 413.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985.

## BRIDGES v. SHELBY WOMEN'S CLINIC, P.A.

No. 103P85.

Case below: 72 N.C. App. 15.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 May 1985.